UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
 )
        Plaintiffs, )
 )
    v. ) No. 4:06CV1476 TIA
 )
PILOT GROVE COOPERATIVE )
ELEVATOR, INC., )
 )
        Defendant. )

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Amend its Answer and Motion to

Compel. The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

On January 17, 2008, Defendant filed the present Motion to Amend its Answer, claiming that

Plaintiffs' production of 20 settlement agreements warranted amendment of the answer to include the

affirmative defense of set-off. After the parties fully briefed the motion, the undersigned held a

hearing on March 31, 2008. Upon review of the pleadings and consideration of the oral arguments,

the undersigned finds that good cause exists to grant Defendant leave to file an amended answer.

In this case, Defendant did not receive answers to its discovery requests regarding settlements

with customers until after the deadline for amending pleadings.[1] Further, Defendant promptly filed

the motion after the Plaintiffs withdrew its motion to file an amended complaint. If the Court had

granted Plaintiffs' motion, Defendant would have been able to file an amended answer as of right.

However, the withdrawal of that motion necessitated Defendant's current motion. Therefore, the

---

[1] While Plaintiffs argue that the Defendant had received one settlement agreement prior to
the deadline, the undersigned finds that the cumulative settlement agreements demonstrated the
necessity to amend the answer to include set-off.

Court will grant Defendant's Motion to Amend its Answer.

Defendant has also filed a motion to compel, seeking answers to its contention interrogatories, Interrogatories Nos. 1-6 and No. 11, contained in its First Set of Interrogatories Directed to Monsanto Company. Plaintiffs objected to these interrogatories as overly broad and unduly burdensome. During the March 31, 2008 hearing, counsel for Plaintiffs conceded that Defendant is entitled to such information but stressed that the request for long, factual summaries supporting each contention was burdensome.

The undersigned finds that, while Plaintiffs should provide answers to such contention interrogatories, they should not be required to provide an unlimited narrative account of its case. Therefore, the Court will grant Defendant's motion, in part, and direct Plaintiffs to provide a list of witnesses possessing relevant information; a list of relevant documents and sections thereof; and a **brief** summary of information pertinent to each interrogatory. Plaintiffs shall submit such answers to the Defendant within twenty (20) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Amend its Answer [Doc. #65] is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel [Doc. #68] is **GRANTED**, in part, consistent with this Memorandum and Order.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this _2nd_ day of <u>April</u>, 2008.